UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. WOOLENS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CHARLENE DENISE RUCKLE )<br>        Defendant ) | **JUDGMENT**<br>7:23-CV-882-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the magistrate judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 28, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED as barred by res judicata.

**This Judgment Filed and Entered on June 28, 2023, and Copies To:**
William D. Woolens (via CM/ECF Notice of Electronic Filing)

June 28, 2023                      PETER MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk